UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. RODRIGUEZ,<br><br>    Plaintiff<br><br>v.<br><br>LOS ANGELES SHERIFFS DEPARTMENT, TEMPLE CITY DIVISION,<br><br>    Defendant. | Case No. 2:24-cv-04492-MCS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative complaint in this case (Dkt. 1, "Complaint"), all relevant pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge (Dkt. 19). The time for filing Objections to the Report and Recommendation has passed and no Objections have been received by the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report and Recommendation.

Accordingly, **IT IS ORDERED** that: (1) the Complaint is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and (2) this case shall be dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 2, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE