**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. RODRIGUEZ,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT, TEMPLE CITY DIVISION,<br><br>　　　　Defendant. | Case No. 2:24-cv-04492-MCS (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Judge,

　　IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 2, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARC C. SCARSI
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE